IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
         Plaintiff,

v.                                                    Case No. 03-10157-1-JTM

ANDRE DAVIS,
         Defendant.

## MEMORANDUM AND ORDER

This matter is before the court on defendant's Supplemental Motion for Reconsideration of his 18 U.S.C. § 3582(c) Motion (Dkt. 253) and his Motion for Federal Public Defender (Dkt. 254). Davis's supplemental Motion for Reconsideration and his motion requesting appointment of counsel are reiterations of arguments previously presented to the court, which were fully addressed in the court's June 17, 2020 Memorandum and Order denying Davis's prior motion for reconsideration and denying appointment of counsel. (*See* Dkt. 252). Davis's Supplemental Motion for Reconsideration and his Motion for Federal Public Defender are DENIED for the same reasons as discussed in Dkt. 252.

IT IS SO ORDERED this 22nd day of June, 2020.

                                                      /s/ J. Thomas Marten
                                                    THE HONORABLE J. THOMAS MARTEN
                                                    UNITED STATES DISTRICT COURT