IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                              No. 03-10157-JTM

ANDRE DAVIS,
        Defendant.

MEMORANDUM AND ORDER

The court hereby grants defendant Andre Davis's request of leave to proceed without prepayment of fees; the court denies his request for appointment of counsel for reasons stated in previous orders (Dkt. 252, 255). Defendant's latest motion (Dkt. 259) is accordingly granted in part and denied in part.

IT IS SO ORDERED this day of July, 2020.

                                                              J. Thomas Marten
                                                              J. Thomas Marten, Judge